IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
——————————————————————

CARRIE E. PALMER

                Plaintiff,

                               5:07-CV-836
   vs.                          (NAM/GHL)

DELTA AIRLINES, INC.

                Defendant.
——————————————————————

APPEARANCES:                    OF COUNSEL:

Shanley Law Firm             Kristen Ann Shanley, Esq.
283 West Second Street
Oswego, NY 13126
Attorney for Plaintiff

Hagerty, Brady Law Firm       Thomas V. Hagerty, Esq.
69 Delaware Avenue
Suite 1000
Buffalo, NY 14202
Attorney for Defendant

**Hon. Norman A. Mordue, Chief U.S. District Judge**

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

      I have been informed by Magistrate Judge George H. Lowe that the parties have entered

into an agreement in settlement of all claims in this action, and that they reasonably anticipate

finalizing their agreement shortly, following which this action will be discontinued, with

prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Based upon this development, I find that it is not necessary for this action to remain on the

court's active docket.

      It is thereby

ORDERED, as follows:

1.   The above-captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated;

2.   The dismissal of the above-captioned case shall become **with prejudice** on the thirty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within thirty (30) days of the date of the filing of this order upon a showing that the settlement was not consummated; and

3.   The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

IT IS SO ORDERED

Dated: December 21, 2007
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge

2